UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_____ DIVISION



FILED
VANESSA L. ARMSTRONG, CLERK
JUN 22 2015
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Cindy Mitchell
name of plaintiff(s)

v.                                        Civil Case No. 5:15-CV-147-TBR

Actavis Pharmaceuticals

name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

    I cannot afford an attorney so I wish to file in this court and represent myself

2. Plaintiff, Cindy Mitchell resides at P.O. box 262, Paducah
   street address / city
   McCracken    K.Y.    42002   270 558-4147
   county   state   zip code   area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff below):

3. Defendant, __Actavis Pharmaceuticals__ lives at, or its business is located at __400 interPace Parkway__,
   street address
   __Parsippany__, _____, __New Jersey__
   city              county            state
   __07054__.
   zip code

   (if more than one defendant, provide the same information for each defendant listed above):

   _____
   _____
   _____
   _____
   _____

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   I Cindy Mitchell have been on the drug diazepam since 2012 my sex life started decreasing on April 8th 2015 I went to my gyn dr. for an annual exam during this visit she stated this drug has caused you libido which is low sex drive due to this my boyfriend of 5½ years is having an affair I'll still have to take this drug on a daily basis so I'm seeking compensation in the amount of 100,000 dollars

5. Prayers for Relief (list what you want the Court to do):

   a. Compensation $100,000

   b.

   c.

   d.

6. Request for a Jury Trial   ✓  If necessary
                              yes             no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 22nd day of June 2015, 19____.

Cindy Mitchell
(signature of plaintiff(s))